1 | RUTAN & TUCKER, LLP
Milford W. Dahl, Jr. (State Bar No. 36796)
2 | Robert C. Braun (State Bar No. 47500)
611 Anton Boulevard, Suite 1400
3 | Costa Mesa, California 92626-1931
Telephone:    714-641-5100
4 | Facsimile:    714-546-9035

JS-6

5 | Attorneys for Plaintiff and Counterclaim-defendant
Federal Deposit Insurance Corporation, as
6 | Receiver of Downey Savings and Loan
Association, F.A.

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver of Downey
11 | Savings and Loan Association, F.A.,

CASE NO. SACV 10-403 AG (ANx)
ASSIGNED FOR ALL PURPOSES TO THE
HONORABLE JUDGE ANDREW J. GUILFORD

12 |                    Plaintiff,

**ORDER OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)**

13 |            v.

14 | S.K. HART BAYVIEW, LLC, a successor-
in-interest to S.K. HART MANAGEMENT,
15 | LC,

[Filed Concurrently with Stipulation For
Dismissal of Entire Action With Prejudice

16 |                    Defendant.

Pursuant to Federal Rule of Civil Procedure
41(a) ]

17

18 | S.K. HART BAYVIEW, LLC, a successor-
in-interest to S.K. HART MANAGEMENT,
19 | LC,

Action Filed:          April 2, 2010
Discovery Cut-off:   November 22, 2010
Pretrial Conf.:         February 7, 2011
Trial:                      February 22, 2011

20 |                    Counterclaimant,

(Filed Under Seal)

21 | FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver of Downey
22 | Savings and Loan Association, F.A.,

23 |                    Counterclaim-defendant,

24 | S.K. HART BAYVIEW, LLC, a successor-
in-interest to S.K. HART MANAGEMENT,
25 | LC,

26 |                    Third-party plaintiff,

27 | UNITED STATES OF AMERICA,

28 |                    Third-party defendant.

Rutan & Tucker, LLP
*attorneys at law*

1    Upon review of the concurrently-filed Stipulation for dismissal of this entire action

2 with prejudice pursuant to Federal Rule of Civil Procedure 41, and good cause appearing

3 therfor,

4    **IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its

5 entirety.  All parties are to bear their own attorneys' fees and costs incurred in this action.

6

7    **IT IS SO ORDERED.**

8

9 Dated:  August 02, 2010 _____      _____

10                                         Honorable Andrew J. Guilford
                                           Judge, United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
*attorneys at law*

2356/028157-0001
1108578.01 a07/30/10                    -2-

Case No. SACV-10-403 AG (ANx)
[PROPOSED] ORDER OF DISMISSAL